UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MARCUS DIONISIO,<br>   Plaintiff,<br>v.<br><br>PHOENIX FINANCIAL SERVICES,<br>LLC, D/B/A PHOENIX FINANCIAL<br>SERVICES,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:21-CV-00073<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Marcus Dionisio, and Defendant, Phoenix Financial Services, LLC ("Phoenix"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Phoenix, with each side to bear their own fees and costs.

Marcus Dionisio – Pro Se Plaintiff
144 Mount Carmel
Natchez, MS 39120
Telephone: (601) 879-4616
Email: SOlid4moe@gmail.com

3/13/2022

Michael D. Alltmont, Esq.- Pro Hac Vice
Sessions Israel & Shartle, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 846-7954
Facsimile: (5040 828-3737
Email: malltmont@sessions.legal
Attorneys for Defendant,
Phoenix Financial Services, LLC

1

## CERTIFICATE OF SERVICE

I certify that on March 14, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by ECF/CM and electronic mail. Furthermore, on March 14, 2022, a copy of same has been emailed to plaintiff at SOlid4moe@gmail.com, and mailed to the plaintiff, proceeding pro se, via U.S. Mail, first class, postage prepaid, to the following address:

Marcus Dionisio – Pro Se Plaintiff
144 Mount Carmel
Natchez, MS  39120

_____
Michael D. Alltmont, Esq.